BRADBURY v. STATE.

No. 26560.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

BRADBURY v. STATE.

No. 26561.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

726

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was convicted of the offense of forgery, with punishment assessed at two years in the penitentiary.

The record is not accompanied by a statement of facts or bills of exception. Nothing is presented for consideration.

The judgment is affirmed.

Opinion approved by the Court.